UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMIE D'LYN DUFAU,<br><br>　　　　Defendant. | Case No. 4:17-CR-048-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

**INTRODUCTION**

The Court has before it a motion for early termination of probation. The motion is fully briefed and at issue. For the reasons explained below, the Court will deny the motion.

**LITIGATION BACKGROUND**

On March 18, 2018, the Court sentenced defendant to a three-year term of probation for harboring a person for whom an arrest warrant had been issued to prevent his discovery and arrest. She is currently 58 years old and her scheduled release date from probation is March 18, 2021.

She argues that she has successfully performed all the obligations of probation to this point and paid her fine in full. She notes that she has custody of her 8 year old grandson and is his primary care giver.

The Probation Office neither supports nor objects to the early termination. Defendant's Probation Officer notes that she has completed outpatient substance abuse

**Memorandum Decision & Order – page 1**

treatment, has tested negative for drug use when randomly tested, and has complied with all the terms of her probation.

The U.S. Attorney's Office objects to the early termination on the ground that compliance with probation terms is not enough, without more, to warrant an early termination.

## ANALYSIS

The defendant is to be commended for her compliance with the terms of probation. But if early terminations were awarded based on mere compliance, nobody would serve their full sentence. It is true that an additional factor exists here – the defendant is the primary caregiver for her grandson. But there is no indication that probation is restricting her from carrying out that responsibility other than perhaps the standard inconveniences that all probationers face. More importantly, the three-year probationary term was imposed in part due to defendant's long history of substance abuse, including methamphetamine, and her criminal history that included a conviction for battery and multiple convictions for resisting an officer and drug possession. Her probation appears to be having a good impact given her drug test results. The three-year term was not imposed randomly but for a purpose and it appears to be serving its purpose. For this reason, the motion will be denied.

## ORDER

For the reasons set forth in the Memorandum Decision above,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for early termination of probation (docket no. 36) is DENIED.

**Memorandum Decision & Order – page 2**

DATED: July 21, 2020

B. Lynn Winmill
U.S. District Court Judge